```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

JULIE A. MILLS                                              PLAINTIFF

    v.                    CIVIL NO. 12-2291

CAROLYN W. COLVIN, Commissioner
Social Security Administration                              DEFENDANT

## **O R D E R**

On this 29th day of April, 2014, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to 28 U.S.C. § 2412. Fourteen days have passed without any objections being filed to the report and recommendation.

For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on April 11, 2014, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $5,384.10.

IT IS SO ORDERED.

```
                          /s/ Robert T. Dawson
                          HONORABLE ROBERT T. DAWSON
                          UNITED STATES DISTRICT JUDGE
```